United States District Court
Southern District of Texas
**ENTERED**
April 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN H. BURDEN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § § Plaintiff, § VS. § COSTA DEL MAR, INC., § § § Defendant. § | CIVIL ACTION NO. 4:17-CV-3504 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 20th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge